JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN WATERS,<br><br>    Petitioner,<br><br>  v.<br><br>W. SULLIVAN, Warden,<br><br>    Respondent. | Case No. CV 19-7454 RGK (PVC)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order of Dismissal,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.


DATED: April 14, 2020


R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE